UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 8:08-CR-381-24EAJ

**JOSEPH NELSON SWEET**

_____/

**EMERGENCY MOTION FOR PERMISSION TO TRAVEL**

Defendant, Joseph Nelson Sweet, moves the Court for an Order temporarily modifying his conditions of release and granting him permission to travel for the following reasons:

1. On May 7, 2009, Magistrate Judge Thomas McCoun released Mr. Sweet to the supervision of Pre Trial Services with the standard release conditions and in addition the following special condition(s):

    a) Travel limited to Middle District of Florida unless first given permission of this Court;

    b) $20,00 signature bond co-signed by Judith Sweet, Defendant's wife.
       a $25,000.00 signature bond where his travel was restricted to the Middle District of Florida.

2.. Mr. Sweet has been in compliance with his conditions of release. Mr. Sweet's case is currently scheduled for a Status Hearing before the District Court on November 18, 2009. Although Mr. Sweet's case is currently scheduled for Trial in December, depending

on whether or not the Co-Defendant in this case, who was not arrested and arraigned until, August 31, 2009, is prepared to go forward, Mr. Sweet's trial may not commence until January 2010.

3. Mr. Sweet's uncle, Gordon Keller, passed away on Friday, October 30, 2009. Funeral services for Mr. Keller will be held on Friday, November 6, 2009 at National Presbyterian Church outside of Alexander, Virginia. Mr. Sweet would like to attend the funeral services. If permitted, Mr. Sweet, along with his wife, would travel by car commencing on November 3, 2009. They would stop overnight at the home of Mr. and Mrs. Weckman, Mr. Sweet's in-laws, in Lancaster, South Carolina, and then continue en route to the home of Mr. and Mrs. Wright, in McClean, Virginia. Mr. Sweet will provide the exact itinerary, addresses, and local phone numbers related to his travel to Pre Trial Services prior to leaving the Middle District of Florida. If permitted, Mr. Sweet would return to the Middle District of Florida no later than November 10, 2009.

4. Undersigned has left both voice mail and email messages for Assistant United States Attorney Cherie Krigsman, the Assistant assigned to Mr. Sweet's case, but given the urgency of the relief sought, this Motion is filed prior to obtaining the Government's position on the matter.

## MEMORANDUM

Title 18, United State Code, Section 3142(c)(3) allows a judicial officer, at any time, to amend an order of release to impose additional or different conditions of release. Additionally, Local Rule 3.01 allows the court discretion to rule on this motion.

WHEREFORE, the Defendant requests that his motion be granted as stated.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*s/ Dionja Dyer*
Dionja L. Dyer
Assistant Federal Public Defender
Florida Bar No. 0164518
400 North Tampa Street, Suite 2700
Tampa, Floirda 33602-3945
Telephone:   813-228-2715
Facsimile:   813-228-2562
Email:   Dionja_Dyer@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of November, 2009, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to Office of the United States Attorney, Assistant United States Attorney Cherie Krigsman, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.

                                                                /s Dionja Dyer
                                                                Dionja Dyer
                                                                Assistant Federal Defender

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:08-CR-381-T-24EAJ

**JOSEPH NELSON SWEET**
_____/

**ORDER**

THIS CAUSE having come before the Court upon the defendant's Motion for Permission to Travel, and the Court being fully advised, it is

ORDERED that the Motion for Permission to Travel is hereby GRANTED and the defendant is permitted to leave Florida to travel to McClean, Virginia to attend the funeral of his Uncle, Gordon Keller. He is allowed to leave on November 3, 2009 and must return no later than November 10, 2009. Additionally, Mr. Sweet must provide a detailed itinerary as well as addresses and local phone numbers to Pre Trial Services prior to his departure.

DONE AND ORDERED at Tampa, Florida on this _____ day of November, 2009.

_____
THOMAS B. McCOUN
UNITED STATES MAGISTRATE JUDGE