# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:08-CR-381-T-24EAJ

JACK LEE MALONE
_____/

## DEFENDANT'S MOTION TO CONTINUE MOTIONS DEADLINE, TO CONTINUE TRIAL AND DEFENDANT'S COUNSEL'S MOTION FOR LEAVE TO WITHDRAW

Undersigned counsel, Gregory W. Kehoe of Greenberg Traurig, P.A., respectfully files this motion to continue the motions date deadline, to continue the trial currently set for the December 1, 2009 trial period, and for leave to withdraw from representation of Defendant Jack Lee Malone and to appoint counsel for Mr. Malone, and in support states the following:

1) Defendant's counsel, Gregory W. Kehoe, is currently in trial in The Hague, Netherlands before the International Criminal Tribunal for the Former Yugoslavia. That case is anticipated to conclude in April 2010.

2) Accordingly, in the absence of a withdrawal, undersigned counsel would require a continuance of 120 days for the motions deadline and trial date.

3) Further, the Defendant and counsel have had irreconcilable differences over the defense of this case and have failed to agree on a course of action for the defense, which includes *inter alia* the Defendant's desire to have his matter tried before the undersigned counsel is available.

4) Due to these irresolvable issues, after attempts to reach an accord, on October 30, 2009, in compliance with Local Rule 2.03, the undersigned informed the Defendant in writing that the undersigned would be filing a motion for leave to withdraw.

5) Further, on October 30, 2009, the undersigned informed Cherie Krigsman of the U.S. Attorney's Office for the Middle District of Florida, Tampa Division, of his intention to file a motion for leave to withdraw by written correspondence.

6) To allow the Defendant to secure replacement counsel and ensure that there is no prejudice, undersigned counsel requests a continuance of all motions deadlines and a continuance of the trial until replacement counsel can be retained or appointed.

7) The Defendant has signed a waiver of his right to a speedy trial up until March 31, 2010.

8) Until new counsel makes an appearance, Defendant can be served by U.S. Mail at Harbor Crest 400, 13940 Anona Heights Dr., #3, Largo, FL  33774.

9) Undersigned counsel recognizes that this motion is filed before the full ten days as required by Local Rule 2.03; however, in the interest of judicial economy, the undersigned seeks to bring the request for withdrawal to the Court's attention concurrently with a request for a continuance.

10) Undersigned counsel understands that Defendant will likely need counsel appointed by this Court for continued representation because the third party who agreed to fund the defense will not continue to do so.

11) Pursuant to Local Rule 3.01 (g), undersigned counsel has consulted with Cherie Krigsman of the U.S. Attorney's Office for the Middle District of Florida, Tampa Division, and she has no objection to the requested continuance or the withdrawal.

**Memorandum**

A continuance of the motions deadline and the trial date is required as a result of the undersigned counsel's current commitments and the inability to resolve key issues in the presentation of the defense with Defendant. The requested continuance is in the interest of justice and not for the purpose of delay. Further, the continuance requested will not prejudice the United States because Defendant has executed a waiver of his speedy trial rights until March 31, 2010.

In the instant case, Defendant informed undersigned counsel that he is unwilling to wait until April 2010 for his case to be heard. For this and other reasons set forth above, the undersigned counsel advised Defendant that he would file a motion for leave to withdraw to allow Defendant to attempt to have his case tried by an earlier date. The undersigned recognizes that pursuant to Local Rule 2.03, an attorney having made an appearance in an action may not withdraw without leave of court and after giving the client and opposing counsel 10 days notice. However, it is in the interests of justice for the Court to act in a more expeditious manner to best meet the wishes of the Defendant because the Defendant will need to begin the process of having the Court appoint counsel once the undersigned is granted leave to withdraw.

WHEREFORE, undersigned counsel respectfully requests an order of this Court 1) continuing all motions deadlines until 30 days prior to the commencement of the trial; 2) continuing the trial currently set for the December 1, 2009 trial period until the February trial period; 3) granting Defendant's counsel's motion to withdraw; and 4) beginning the process for Court appointed counsel for Defendant.

Respectfully submitted,

/s/ Gregory W. Kehoe
Gregory W. Kehoe
FBN: 0486140
kehoeg@gtlaw.com
Greenberg Traurig, P.A.
Courthouse Plaza
625 E. Twiggs Street, Suite 100
Tampa, FL  33602
(813) 318-5700
(813) 318-5900 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Cherie L. Krigsman
U.S. Attorney's Office
cherie.krigsman@usdoj.gov

Todd Ellinwood
U.S. Department of Justice
todd.a.ellinwood@usdoj.gov

Adam Benjamin Allen
adam_allen@fd.org

Adam Scott Tanenbaum
adam_tanenbaum@fd.org

Dionja L. Dyer
dionja_dyer@fd.org

/s/ Gregory W. Kehoe

*58,756,132*