UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 8:08-Cr-381-T-24EAJ

JOSEPH NELSON SWEET and
JACK LEE MALONE

**UNITED STATES OF AMERICA'S NOTICE OF FILING
DECLARATION OF AUTHENTICATION OF
BUSINESS RECORDS OF AMERICA ONLINE**

The United States of America (the "government"), by and through the undersigned, hereby respectfully files a Declaration of Authentication of Business Records concerning records of America Online, dated August 10, 2009 and signed by Donna Plasmier. The Declaration of Authentication of Business Records is attached hereto as "Attachment A." The actual information provided by America Online has been forwarded to the defendant. In filing this notice and attached declaration, and serving same upon the defendant, the government hereby provides notice that the government may offer one or more of the records identified in the declaration into evidence at trial in this case pursuant to Fed. R. Evid. Rules 803(6) and 902(11).

    Respectfully submitted,

    A. BRIAN ALBRITTON
    United States Attorney

By:  s/ *Cherie L. Krigsman*
    CHERIE L. KRIGSMAN
    Assistant United States Attorney
    Florida Bar No. 0048764
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone: 813/274-6344
    Facsimile: 813/274-6103
    E-mail: cherie.krigsman@usdoj.gov

U.S. v. JOSEPH NELSON SWEET, ET AL.　　　　Case No. 8:08-Cr-381-T-24EAJ

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Dionja Dyer, Assistant Federal Public Defender

Adam Tanenbaum, Assistant Federal Public Defender

Pat Doherty, Esquire

　　　　　　　　　　　　　　　　　*s/ Cherie L. Krigsman*
　　　　　　　　　　　　　　　　　CHERIE L. KRIGSMAN
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Florida Bar No. 0048764
　　　　　　　　　　　　　　　　　400 North Tampa Street, Suite 3200
　　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　　Telephone: 813/274-6344
　　　　　　　　　　　　　　　　　Facsimile: 813/274-6103
　　　　　　　　　　　　　　　　　E-mail: cherie.krigsman@usdoj.gov

# ATTACHMENT A

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Donna Plasmier__, am the custodian of records or am otherwise
(name)
qualified to authenticate the records of __AOL LLC.__
(company or business)

I have provided the following records to the United States pursuant to Subpoena No. 2003R02338028

List of records provided:

__Subscriber information__

Under Federal Rules of Evidence 803(6) and 902(11), as amended December 1, 2000, I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

The address and phone number where I can be reached are:

__22000 AOL Way__
__Dulles, VA. 20166__

_[signature]_
Name and Signature

__8/10/2009__
Date